## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

**Presiding Judicial Official** John A. Ross   **Date** 9/27/17   **Trial Day** 3   **Case No.** 4:16-cv-00312-JAR

Taylor Wagoner   Vs   State Farm Mutual Automobile Insurance Company

Parties present for  **X JURY TRIAL**  ☐ **NON JURY TRIAL**

Court Reporter **Lisa Paczkowski**   Deputy Clerk **Chelsea Olliges**

Attorney(s) for Plaintiff(s) **Edward Roth and Anthony Bruning**

Attorney(s) for Defendant(s) **James Wilke and Daniel Wilke**

☐ Jury impaneled and sworn   ☐ Opening Statement(s) of ☐ Plaintiff(s) ☐ Defendant(s) made.

**X** Plaintiff(s) evidence **X** resumed **X** and concluded.

**X** Defendant(s) evidence **X** commenced **X** and concluded.

**X** Oral and **X** Written Motion for Judgment as a Matter of Law at close of **X** pltf's case

**X** filed and **X** made/argued by **X** deft(s) and is **X** Overruled/Denied.

**X** Oral and **X** Written Motion for Judgment as a Matter of Law at close of **X** deft's case

**X** filed and **X** made/argued by **X** pltf(s)   and is **X** Overruled/Denied.

☐ Closing Arguments of counsel made.   ☐ Case taken under advisement.

☐ Jury charged/retires to consider its verdict(s) at _____   ☐ Verdict(s) returned at _____

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact,

☐ retires to consider its verdict(s) at ___ am/pm   ☐ Verdict is returned at ___ am/pm

☐ (Simultaneous) briefs due _____.   ☐ Case is settled.  Dismissal papers due _____.

☐ The Court declares a MISTRIAL**.**   ☐ Trial is reset _____.   ☐ On motion of ☐ plaintiff ☐ defendant ☐

Court the jury is polled.  **X** Proceedings to continue **9/28/2017 at 10:00 am**

☐ Judgment is entered accordingly this date.   ☐ Depositions ☐ Exhibits retained by ☐ Court  ☐ Counsel.

Defendant filed and argued Written Motion for Judgment as a Matter of Law at the close of all evidence. The Court denies this motion.

**PROCEEDINGS:  COMMENCED:**   9:15  am         **CONCLUDED:**     12:18 pm

  **COMMENCED:**   1:40 pm         **CONCLUDED:**     5:25 pm